ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
California Bar No. 149883
Assistant United States Attorney
Chief, Asset Forfeiture Section
P. GREG PARHAM
California Bar No. 140310
Assistant United States Attorney
   Federal Courthouse, 14th Floor
   312 North Spring Street
   Los Angeles, California 90012
   Telephone: (213) 894-6166/6528
   Facsimile: (213) 894-7177
   E-mail: Steven.Welk@usdoj.gov
        Greg.Parham@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> $455,951.00 IN U.S. DOLLARS ) <br> AND 716,450 IN HONG KONG ) <br> DOLLARS SEIZED FROM ) <br> CHINATRUST COMMERCIAL ) <br> BANK, ) <br> ) <br> Defendants. ) <br> ) <br>————————————————) <br> ) <br> PAULITE INTERNATIONAL ) <br> CORPORATION, ) <br> ) <br> Claimant. ) <br>————————————————) | NO. CV 09-7340 AHM(AJWx) <br><br> **JUDGMENT OF FORFEITURE** |

On June 10, 2011, the jury in the above entitled action returned a verdict finding that the defendant $455,951.00 in U.S. Dollars and 716,450 in Hong Kong Dollars seized from Chinatrust Commercial Bank, Ltd., Room 2801, 28th Floor, Two International Finance Center, 8 Finance Street, Central, Hong Kong, account number xxxxxxxx9200, with an account holder identified as Paulite International Corporation (hereinafter referred to as "defendant funds"), are subject to forfeiture to the United States pursuant to 18 U.S.C. §§ 981(a)(1)(A) and (C), both as proceeds of a hostage-taking offense and as money involved in a money laundering transaction. The jury further found that claimant Paulite International Corporation failed to prove its affirmative defense of innocent ownership pursuant to 18 U.S.C. § 983(d).

ACCORDINGLY, IT IS ORDERED, ADJUDGED AND DECREED that the defendant funds are hereby condemned and forfeited to the United States of America and no other right, title, and interest shall exist therein. The United States Marshals Service is ordered to dispose of said assets in accordance with law.

Dated: June 22, 2011

_____
A. HOWARD MATZ
UNITED STATES DISTRICT JUDGE

**JS-6**